UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VICTOR OSORES )
    Petitioner )
)
v. )
) Civ. Action No. 03-12572-NG
STEVEN FARQUHARSON )
DISTRICT DIRECTOR, )
UNITED STATES IMMIGRATION AND )
CUSTOM ENFORCEMENT )
    Respondent )

MOTION TO ENLARGE TIME TO SUPPLEMENT
WRIT OF HABEAS CORPUS PETITION

Now comes, Stephen A. Lagana, Counsel for Petitioner, and Moves this Honorable Court to grant this motion to enlarge the time to supplement Petitioner's argument for habeas relief, up to and including February 12, 2004.

In support of this request Counsel states the following:

1. I had medical surgery performed on February 2, 2004, which requires several days of recuperation. Therefore, Counsel will be unable to comply with this Courts request by the deadline of February 5, 2004; and

2. The additional time requested is needed to adequately prepare Petitioner's supplemental argument, to address the issued raised by this Court.

Wherefore, Counsel prays that this Court will granted the requested motion and enlarge the time to include February 12, 2004.

Respectfully submitted,

____for Stephen A. Lagana____
STEPHEN A. LAGANA, ESQ.
145 Essex Street
Lawrence, MA 01840
978 794-2331