UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR OSORES,<br>    Petitioner,<br><br>v.<br><br>STEVEN FARQUHARSON,<br>    Respondent. | CIVIL ACTION NO.<br>03-12572-NG |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Respondent in this action.

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

_____
JEREMY M. STERNBERG
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven A. Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01840, by mail on this 9th day of February 2004.

Jeremy M. Sternberg
Assistant U.S. Attorney