IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTOR OSORES,<br><br>   Petitioner,<br>v.<br><br>BRUCE E. CHADBOURNE,<br><br>   Respondent. | Civil Action No. 03-12572-NG |

## RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of the intention of the Department of Homeland Security to execute the final order of removal (to Peru) against Petitioner **on March 23, 2004.** Travel documents have been secured and flight arrangements have been made from New York City to Lima, Peru. By way of background, on December 22, 2003, the Court entered an _ex parte_ temporary restraining order staying Petitioner's removal. At a hearing on this matter on December 29, 2003, the Court requested, and counsel for Respondent agreed to the continued imposition of the stay, until January 6, 2004, because the 10-day life of the temporary restraining order would otherwise expire before the Court had an opportunity to rule on this matter. Again, on or about January 6, 2004, the Court requested, and counsel for Respondent agreed to a continued imposition of the temporary restraining order for another week. There have been no further requests or agreements regarding the temporary restraining order, and Respondent's understanding is that it has expired. On January 30, 2004, the Court issued a Memorandum and Order requiring Petitioner to supplement the record regarding his alleged asylum claim by

February 5, 2004. No such filing has been made. On February 25, 2004, Respondent filed an additional brief supporting his motion to dismiss.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

By: /s/ Jeremy M. Sternberg
      Jeremy M. Sternberg
      Assistant U.S. Attorney
      U.S. Attorney's Office
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3142

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____

3/11/04 /s/ Jeremy M. Sternberg
DATE     Assistant U.S. Attorney

2