**LAGANA & ASSOCIATES**
ATTORNEYS AT LAW
145 ESSEX STREET
LAWRENCE, MA 01841
TEL. (978) 794-2331
FAX: (978) 794-2441

March 31, 2004

**VIA FEDEX**

Clerk's Office
United States District Court
for the District of Massachusetts
Courthouse Way
Boston, MA 02210

**RE:** OSORES, Victor Aguilar/ 03-12572 NG

Dear Sir/Madam:

Enclosed please find resubmitted supplemental documents ( Irma Osores, Petitioner's Wife and Christopher J. Williams) mailed under February 11, 2004's cover, and Petitioners Asylum Packet w/ supporting documents.

Thank you for your prompt attention and assistance.

Very truly yours,

*/s/ Stephen A. Lagana*
Stephen A. Lagana, Esq.

SAL/ar
Enclosures

**CERTIFICATE OF SERVICE**

I, Stephen A. Lagana, Counsel for Petitioner, hereby certify that on this date, I have mail a copy of the above-enclosed documents, upon Assistant U.S. Attorney, Jeremy M. Sternberg, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

*/s/ Stephen A. Lagana*                                    3-31-04
Stephen A. Lagana, Esq                                      Date