UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
VICTOR OSORES,              )
        Petitioner,         )
    v.                      )    C.A. No. 03-12572-NG
                            )
BRUCE CHADBOURNE,           )
        Respondent.         )
                            )
```

GERTNER, D.J.:

### ORDER OF DISMISSAL

As set forth in this Court's April 22, 2004 order, all relief requested by petitioner has been granted. This case is **DISMISSED.**


**SO ORDERED.**

**April 27, 2004**                        <u>s/ NANCY GERTNER U.S.D.J.</u>